## JAMES LASSELLE AND FRANCIS LASSELLE
v.
## AMABLE BELAIR

1810

### PAPERS IN FILE

1. Capias and return  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .

## RICHARD PATTINSON
v.
## JOSEPH WILKINSON, JR.

1810

### PAPERS IN FILE

1. Capias and return  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .

## JOHN WHISTLER, JR.
v.
## JOHN KINZIE

1810

### PAPERS IN FILE

1. Precipe for capias  .   .   .   .   .   .   .   .   .   .   .   .   .   .
2. Capias  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .